

Connell Foley LLP
888 Seventh Avenue
9th Floor
New York, NY 10106
P 212.307.3700  F 212.262.0050

**Margot N. Wilensky**
Partner
Direct Dial 212.307.3173
MWilensky@connellfoley.com



MEMO ENDORSED

12-19-19

December 18, 2019

**VIA ECF**
Hon. Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District Of New York
40 Foley Square, Room 435
New York, New York 10007

Re: **IGT v. High 5 Games, LLC**
**Civil Action No.: 1:17-cv-09792 | Civil Action No.: 1:19-cv-05752**

### Request for Extension to File Joint Status Letter

Dear Judge Carter:

This firm represents Defendant, High 5 Games, LLC ("H5G"). During the telephonic status conference held on December 11, 2019, Your Honor requested that the parties submit a joint status letter by December 18 regarding a proposal on how to proceed, now that this Court has issued decisions on the various motions.

Counsel for IGT and I have engaged in several productive conferences since last week's conference, including a conference late yesterday afternoon following IGT's first draft proposal of the joint letter. We agreed that it would behoove all parties and please the court if the parties could come to more or an agreement than a disagreement. This requires further discussion and work on creating a cohesive joint letter proposal.

Accordingly, we are writing to request a brief extension of time to complete the status letter, to December 27. This is the first request for an extension to file this joint status letter. Counsel for IGT has not yet consented to this extension.

Your Honor's consideration to this matter is appreciated.

Respectfully submitted,

*/s/ Margot Wilensky*

Margot Wilensky

MW:

December 18, 2019
Page 2

cc: Sage Patent Group (via ECF)

*All Counsel of Record*

SO ORDERED:

/s/ Andrew L. Carter, Jr.

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

12-19-19