USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/11/22__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IGT,

                Plaintiff,

v.

HIGH 5 GAMES, LLC,

                Defendant.

---

Case No.: 1:17-cv-09792 (ALC) (BCM)
Case No.: 1:19-cv-05752 (ALC) (BCM)

## STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff IGT and counsel for Defendant High 5 Games, LLC, that the parties have reached a settlement and that all claims and counterclaims asserted in the above-referenced actions are dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) and (c) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses and attorneys' fees.

Dated: May 10, 2022

---

_/s/ Kevin M. Bovard_

Kevin M. Bovard (*pro hac vice*)
Nancy A. Rubner-Frandsen (*pro hac vice*)
Baker & Hostetler LLP
1735 Market Street | Suite 3300
Philadelphia, PA 19103
Phone: 215-568-3100
Fax: 215-568-3439
Email: kbovard@bakerlaw.com
Email: nfrandsen@bakerlaw.com

Lief R. Sigmond
Baker & Hostetler LLP
191 North Wacker Drive
Chicago, IL 60606
Phone: 312-416-6275
Email: lsigmond@bakerlaw.com

_/s/_

Kara E. F. Cenar (*pro hac vice*)
S. Patrick McKey (*pro hac vice*)
Greensfelder, Hemker, & Gale, P.C.
200 W. Madison St.
Suite 3300
Chicago, IL 60606
Phone: 213-419-9090
Fax: 312-419-1930
Email: kcenar@greensfelder.com
Email: pmckey@greensfelder.com

Margot Wilensky (MW-3181)
Sierra N. Kresin

CONNELL FOLEY LLP
888 7th Avenue, 9th Floor
New York, New York 10106

| | |
|---|---|
| Peter Siddoway (*pro hac vice*)<br>Jerome Alexander Deluca (*pro hac vice*)<br>Sage Patent Group, PLLC<br>4120 Main At North Hills Street, Suite 230<br>Raleigh, NC 27609<br>Phone: (984)-219-3345<br>Fax: (984)-538-0416<br>Email: jdeluca@sagepat.com<br>Email: psiddoway@sagepat.com<br><br>*Attorneys for Plaintiff IGT* | Telephone: (212) 307-3700<br>Facsimile: (212) 262-0050<br>mwilensky@connellfoley.com<br>skresin@connellfoley.com<br><br>Jonathan Andrew Fallon (*pro hac vice*)<br>jon.fallon@high5games.com<br><br>*Attorneys for Defendant High 5 Games, LLC* |

**SO ORDERED.**

Dated: <u>May 11</u>, 2022
      **New York, New York**

_____
**HONORABLE ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**